UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(5) SHAO NENG LIN,<br>Defendant. | CRIMINAL NO.: 3:24-cr-64-FDW<br><br>**ORDER** |

This matter is before the Court on the United States's Appeal of Magistrate Judge Rozella Oliver of the Central District of California's order setting conditions of bond for Defendant Shao Neng Lin. (Doc. No. 22.) For good cause shown, the **ORDER** of Magistrate Judge Rozella Oliver setting conditions of bond for Defendant Shao Neng Lin is **STAYED**. Defendant shall remain detained pending transfer to the Western District of North Carolina. This Court shall review the Central District of California's release order following Defendant's transfer.

**IT IS SO ORDERED**.

Signed: April 25, 2024

Frank D. Whitney
United States District Judge